**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6050**

KAYIE SHAUNE WRIGHT,

Plaintiff - Appellant,

v.

JOHNNY HAWKINS; BILLY O. COOPER; ELDRIDGE WALKER; APPLEWHITE; GILLIO; TILLEY; WILSON; JANE DOE, Psychiatrist, Polk Correctional Institution; SERGEANT WILSON; MR. FAULCON; ALFREDA THREAT; JOHN DOE, Maintenance Worker; KIERAH BANKS WILLIAMS; D. CHAMBLISS; OFFICER CARMON; OFFICER PEARSALL; OFFICER CLERENA; OFFICER GREENE; OFFICER SWEET; OFFICER GARDNER; CHARLES JOHNSON; CASE WORKER JONES; PSYCHIATRIST FIELDS; JANE DOE, Psychiatrist, Central Prison,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:20-ct-03137-BO)

Submitted: May 20, 2021                    Decided: May 25, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kayie Shaune Wright, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kayie Shaune Wright appeals the district court's order dismissing his civil action without prejudice for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Wright v. Hawkins*, No. 5:20-ct-03137-BO (E.D.N.C. Dec. 7, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*